**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| JUAN MARCOS SAENZ SANCHEZ,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER BULLOCK, Field Office Director of U.S. Immigration and Customs Enforcement, New Orleans Field Office,<br><br>Respondent. | No. 2:26-cv-03501-SHL-tmp |

**ORDER DIRECTING RESPONDENT TO IMMEDIATELY RETURN PETITIONER TO THE WESTERN DISTRICT OF TENNESSEE**

On November 23, 2026, pro se Petitioner Juan Marcos Saenz Sanchez filed an Emergency Motion to Enforce the November 10, 2026 No-Transfer Order, Require Return to Tennessee, Re-Serve the Government's Response Upon Return, and Preserve an Opportunity to Reply. (ECF No. 9.) On November 10, Respondent was ordered not to transfer Petitioner out of the Western District of Tennessee. (ECF No. 6.) Despite this, according to the present Motion, Respondent transferred Petitioner on or about November 12. (ECF No. 9 at PageID 77.)

Respondent filed his Response to Order to Show Cause on November 17. (ECF No. 8.) The Clerk mailed the Response to Petitioner, but it was returned as undeliverable due to Petitioner's transfer. (ECF No. 10.) Thus, Petitioner has been unable to reply to Respondent, who contends that Petitioner is being lawfully detained under 8 U.S.C. § 1231 due to a final order of removal. (ECF No. 8 at PageID 63.)

Now, Petitioner seeks enforcement of the Order Staying Transfer, return to the Western District of Tennessee, and an opportunity to reply. The Motion is **GRANTED**. Respondent is therefore **ORDERED** to immediately transfer Petitioner back to the Western District of

Tennessee. Respondent **SHALL** provide a copy of the Response directly to Petitioner upon his return to this District, so that Petitioner may have the opportunity to reply. Respondent is **ORDERED** to certify compliance with this Order **WITHIN 24 HOURS** of Petitioner's return to the Western District of Tennessee.

**IT IS SO ORDERED,** this 25th day of November, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE